IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLENN STRICKLAND,

    Plaintiff,

v.                                     CASE NO. 4:14cv11-RH/CAS

CITY OF TALLAHASSEE,

    Defendant.

_____/

**ORDER NOTING INTENTION TO SHORTEN THE
DISCOVERY PERIOD AND ADVANCE THE TRIAL**

The plaintiff has not filed the notice required by paragraph 1 of the Scheduling and Mediation Order, ECF No. 10. Accordingly,

IT IS ORDERED:

The plaintiff must file the required notice by March 31, 2014. If the plaintiff does not do so—or show cause why a further extension of the deadline should be granted—then (a) the discovery deadline will be advanced to July 11, 2014, (b) the trial will be rescheduled for the two-week trial period that begins on Monday, October 6, 2014, and (c) other deadlines will be adjusted as may be appropriate.

SO ORDERED on March 24, 2014.

                                              s/Robert L. Hinkle
                                              United States District Judge