# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

GLENN STRICKLAND,

      Plaintiff,

v.                             CASE NO.  4:14cv11-RH/CAS

CITY OF TALLAHASSEE,

      Defendant.

_____/

## ORDER CONFIRMING THE SCHEDULE

Upon consideration of the parties' notices, ECF Nos. 11 and 13, filed in compliance with paragraph 1 of the Scheduling and Mediation Order of February 20, 2014, ECF No. 10,

IT IS ORDERED:

The Scheduling and Mediation Order of February 20, 2014, ECF No. 10, remains in effect.

SO ORDERED on March 27, 2014.

                    s/Robert L. Hinkle_____
                    United States District Judge